NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1513

INEOS FLUOR LTD., INEOS FLUOR AMERICAS, LLC
and INEOS FLUOR HOLDINGS LTD.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SINOCHEM MODERN ENVIRONMENTAL PROTECTION CHEMICALS (XI'AN) CO.
LTD., SINOCHEM ENVIRONMENTAL PROTECTION CHEMICALS (TAICANG) CO.,
LTD., SINOCHEM NINGBO LTD., and SINOCHEM (U.S.A.) INC.,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-623.

ON MOTION

ORDER

The International Trade Commission and the intervenors move for a 30-day
extension of time, until February 18, 2010, to file their briefs. The movants state that
Ineos Fluor LTD., et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.  No further extensions should be anticipated.

FOR THE COURT

JAN 0 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Paul F. Brinkman, Esq.
      Paul M. Bartkowski, Esq.
      Thomas J. Wimbiscus, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 8 2010

JAN HORBALY
CLERK

2009-1513                    2